IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **OWEN HARTY,**<br><br>      *Plaintiff*,<br><br>   v.<br><br>**PARK RIDGE HOTEL DEVELOPMENT, L.P.,**<br><br>      *Defendant*. | NO. 2:19-CV-02276-JDW |

## ORDER

**AND NOW,** this 3rd day of September, 2019, the Court having been advised that the above-captioned matter has settled, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** pursuant to Local Rule of Civil Procedure 41.1(b).

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.